JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BAY DOAN, | ) |
| Plaintiff, | ) Case No. CV 07-3561 AHS (AJW) |
| v. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

    **IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded for further administrative proceedings consistent with Report and Recommendation filed in this case.

DATED:   JUL - 7 2008

_____
ALICEMARIE H. STOTLER
United States District Judge

17