Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAY V. DOAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No.: CV 07-3561 AHS (AJW)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of rights, the amount of four thousand dollars and no cents ($4,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: October 9, 2008

ALICEMARIE H. STOTLER
HON. ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE

-1-